

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2015

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:** *United States v. Michael Hogue*, **13 Cr. 12 (PKC)**

Dear Judge Castel:

      The Government respectfully submits this letter to request that the Court direct the United States Probation Office to prepare a Presentence Investigation Report in the above-referenced matter.  The Government further requests that a sentencing proceeding be scheduled for June 2015.  The defense joins in these requests.

      Very truly yours,

      PREET BHARARA
      United States Attorney

      by:     /Sarah Y. Lai/
      Sarah Y. Lai / Daniel S. Noble
      Assistant United States Attorneys
      (212) 637-1944 / 2239

cc:  Mr. Lawrence Ruggiero, Esq.
    (By ECF and Email)